UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **DANIEL LEE FROST #555375** | **CIVIL ACTION NO. 24-CV-00254** |
| **VERSUS** | **JUDGE EDWARDS** |
| **WARDEN** | **MAG. JUDGE PEREZ-MONTES** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein (R. Doc. 9), and after a de novo review of the record, including the Response of Petitioner (R. Doc. 10), and having determined that the Magistrate Judge's findings and recommendation are correct under the applicable law;

IT IS HEREBY ORDERED that the Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 (R. Doc. 6) is **DENIED**.

THUS ORDERED AND SIGNED in Chambers this 29th day of May, 2024.

JUDGE JERRY EDWARDS, JR.
UNITED STATES DISTRICT COURT